# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**STEVE MARTAN**<br>DOB: \*\*/\*\*/1959, U.S. Citizen  | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>17-00110MJ |

Complaint for violation of Title 18, United States Code §§ 115(a)(1)(B) and (c)(4)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about May 2, 2017, to May 10, 2017, at or near Tucson, in the District of Arizona, STEVE MARTAN threatened to assault and murder a United States official; that is, United States Congresswoman Martha McSally; with intent to impede, intimidate, and interfere with Congresswoman McSally while engaged in the performance of official duties, and with intent to retaliate against Congresswoman McSally on account of the performance of official duties; all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (c)(4).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 2, 2017, and May 10, 2017, while in Tucson, Arizona, STEVE MARTAN made three telephone calls to the office of 2nd District of Arizona United States Congresswoman Martha McSally. MARTAN made threatening statements to Congresswoman McSally via voice messages left on the congressional office voicemail on May 2 (one message) and May 10 (two messages). Within the first voice message, MARTAN stated: "Yeah this is for Martha McSally," and "And if I could ring your fucking neck. You need to get back to where you came from and leave Arizona." Within the second voice message, MARTAN stated: "Yeah Martha, our sights are set on you, right between your fucking eyes," and "Be careful when you come back to Tucson cause we hate you here, okay," and "Can't wait to fucking pull the trigger bitch." Within the third voice message, MARTAN stated: "Yeah Martha, your days are numbered." The congressional office voicemail caller identification revealed the calls were made from telephone number 520-240-8246. Verizon Wireless subscriber information listed MARTAN as the subscriber of this number. MARTAN was subsequently identified and located. Upon making contact with MARTAN at his residence, agents located the cellular telephone associated with the above-referenced number on MARTAN's person. MARTAN admitted that he had used this phone to call the office of Congresswoman McSally. MARTAN stated that he was venting frustrations with Congresswoman McSally's congressional votes in support of the President of the United States.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Angela W. Woolridge<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Amy Ferron, Special Agent, FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 12, 2017 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54