ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. §§ 115(a)(1)(B) and (c)(4) |
| Steven Martan, | Influencing, Impeding, or Retaliating Against a Federal Official by Threatening |
| Defendant. | Counts 1, 2, 3 |

CR17-857 TUC CKJ(LCK)

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 2, 2017, at or near Tucson, in the District of Arizona, STEVEN MARTAN threatened to assault and murder a United States official; that is, United States Congresswoman Martha McSally; with intent to impede, intimidate, and interfere with Congresswoman McSally while engaged in the performance of official duties, and with intent to retaliate against Congresswoman McSally on account of the performance of official duties; to wit: MARTAN made threatening statements to Congresswoman McSally via a voice message left on the congressional office voicemail in which MARTAN stated: "Yeah this is for Martha McSally," and "And if I could ring your fucking neck. You need to get back to where you came from and leave Arizona;" all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (c)(4).

## COUNT 2

On or about May 10, 2017, at or near Tucson, in the District of Arizona, STEVEN MARTAN threatened to assault and murder a United States official; that is, United States Congresswoman Martha McSally; with intent to impede, intimidate, and interfere with Congresswoman McSally while engaged in the performance of official duties, and with intent to retaliate against Congresswoman McSally on account of the performance of official duties; to wit: MARTAN made threatening statements to Congresswoman McSally via a voice message left on the congressional office voicemail in which MARTAN stated: "Yeah Martha, our sights are set on you, right between your fucking eyes," and "Be careful when you come back to Tucson cause we hate you here" and "Can't wait to fucking pull the trigger bitch;" all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (c)(4).

## COUNT 3

On or about May 10, 2017, at or near Tucson, in the District of Arizona, STEVEN MARTAN threatened to assault and murder a United States official; that is, United States Congresswoman Martha McSally; with intent to impede, intimidate, and interfere with Congresswoman McSally while engaged in the performance of official duties, and with intent to retaliate against Congresswoman McSally on account of the performance of official duties; to wit: MARTAN made threatening statements to Congresswoman McSally via a voice message left on the congressional office voicemail in which MARTAN stated: "Yeah Martha, your days are numbered" and "Next time you show your face in Tucson it

might be the last time;" all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (c)(4).

A TRUE BILL

/s/
―――――――――――――
Presiding Juror

ELIZABETH A. STRANGE
United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney
 Dated:   May 31, 2017

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Steven Martan*
*Indictment Page 3 of 3*